FILED
 2014 Sep-02  AM 10:35
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JUNIOR KOFFA, | ) |
| Petitioner, | ) |
| vs. | ) Case No.  4:14-cv-00745-JHH-TMP |
| ERIC HOLDER, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On August 5, 2014, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot.  To date, no objections have been filed by either party.  On August 11, 2014, the copy of the Report and Recommendation send to the petitioner was returned as undeliverable.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be DISMISSED as MOOT.  An order of final judgment will be entered contemporaneously herewith.

DATED the 2nd day of September, 2014.

*/s/ James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE